CONCURRING OPINION


No. 04-97-00866-CR


Jose Louis NIETO,


Appellant


v.


The STATE of Texas,


Appellee


From the 290th Judicial District Court, Bexar County, Texas


Trial Court No. 96-CR-1248


Honorable Sharon MacRae, Judge Presiding


Opinion by: John F. Onion, Jr., Justice

Concurring opinion by: Tom Rickhoff, Justice

Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 John F. Onion, Jr., Justice

Delivered and Filed: September 22, 1999

 In this case, there was evidence that appellant fired a .45 caliber round at a truck in a bar
parking lot. After a high-speed chase, appellant was found to have a .380 bullet in his pocket. A
.380 handgun and a bag of marihuana were in his vehicle. I agree with the majority that appellant
failed to preserve his complaint about the admission of the .380 bullet and that the admission of the
bullet was in any event harmless. I write separately to reiterate that "at times character evidence is
the most relevant evidence." Tamez v. State, 980 S.W.2d 845, 849 (Tex. App.--San Antonio 1998,
pet. granted) (Rickhoff, J., concurring).

 I believe the bullet, handgun, and bag of marihuana are all as relevant as evidence of the
high-speed chase and appellant's violent, verbally abusive, and intoxicated condition that evening.
Our juries are not likely to be misled by evidence that appellant was well-prepared for an evening
such as this.


 Tom Rickhoff, Justice

DO NOT PUBLISH